IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NUMBER 7:07-CV-00189-BO

| | | |
|---|---|---|
| DONNA CUMMINGS, | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| | ) | |
| v. | ) | |
| | ) | |
| THE LUMBEE TRIBE OF NORTH | ) | By: Terrence W. Boyle |
| CAROLINA, and LEON JACOBS, | ) | United State District Judge |
| Defendants. | ) | |

This Court hereby states that it has reviewed the Rule 60(b) motion filed in the above-captioned matter and is inclined to grant the motion should the United States Court of Appeals for the Fourth Circuit choose to remand the case to this Court.

The Clerk is directed to enter this Memorandum and to send copies of this Memorandum to all Counsel of Record.

This the _24_ day of _August_, 2009.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE